UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID SCHUETTE,

    Plaintiff,

-vs-                                            CASE NO.:  8:19-CV-001695-T-30JSS

PARAMOUNT RECOVERY
SYSTEMS, L.P.,

    Defendant.
_____/

## **NOTICE OF PENDING SETTLEMENT**

    Plaintiff, David Schuette, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Christopher P. Hahn, Esquire, Maurice Wutscher LLP, 333 SE 2nd Avenue Suite 2000, Miami, FL   33131 (chahn@mauricewutscher.com and litigation@mauricewutscher.com).

                                                          */s/ Jason R. Derry, Esquire*
                                                          Jason R. Derry, Esquire
                                                          Florida Bar No.: 0036970
                                                          Morgan & Morgan, Tampa, P.A.
                                                          One Tampa City Center
                                                          201 North Franklin Street, 7th Floor
                                                          Tampa, FL 33602
                                                          Telephone: (813) 223-5505
                                                          Facsimile:  (813) 257-0577
                                                          jderry@ForThePeople.com
                                                          jkneeland@ForThePeople.com
                                                          *Attorney for Plaintiff*