UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID SCHUETTE,

    Plaintiff,                                      CASE NO.:  8:19-CV-001695-T-30JSS

-vs-

PARAMOUNT RECOVERY SYSTEMS, L.P.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, David Schuette, and the Defendant, Paramount Recovery Systems, L.P., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 13th day of February, 2020.

| | |
|---|---|
| */s/ Jason R. Derry* | */s/ Christopher P. Hahn* |
| Jason R. Derry, Esquire | Christopher P. Hahn, Esquire |
| Florida Bar No.: 0036970 | Florida Bar No.:  87577 |
| Morgan & Morgan, Tampa, P.A. | Maurice Wutscher, LLP |
| One Tampa City Center | 110 E. Broward Blvd., Suite 1700 |
| 201 North Franklin Street, 7th Floor | Fort Lauderdale, FL 33301 |
| Tampa, FL 33602 | Telephone: (772) 237-3410 |
| Telephone: (813) 223-5505 | Facsimile:  (866) 581-9302 |
| Facsimile:  (813) 257-0577 | chahn@MauriceWutscher.com |
| jderry@ForThePeople.com | litigation@MauriceWutscher.com |
| jkneeland@ForThePeople.com | *Attorney for Defendant* |
| lcrouch@ForThePeople.com | |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Christopher P. Hahn, Esquire, Maurice Wutscher LLP, 333 SE 2nd Avenue Suite 2000, Miami, FL 33131 (chahn@mauricewutscher.com and litigation@mauricewutscher.com).

*/s/ Jason R. Derry, Esquire*
Jason R. Derry, Esquire
*Attorney for Plaintiff*